1024

*In the Matter of the Estate of*
BOBBIE J. FIRCHAU.

SHIRL LEE FIRCHAU, ET AL, *Appellants,* v. RAINIER
NATIONAL BANK, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. E228024, Anthony P. Wartnik, J., entered
September 15, 1986. *Reversed with instructions* by unpublished opinion per Williams, J., Grosse, A.C.J., and Swanson, J., concurring in part and dissenting in part.

CHESTER M. O'TOOLE, ET AL, *Respondents,* v. SANDRO
WESTERMAYER, ET AL, *Appellants,* BRYANT W.
RUSSELL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Island
County, No. 86–2–00513–1, Richard L. Pitt, J., entered
September 17, 1987. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Webster and Winsor, JJ.

MERIDIAN COLLISION CENTER, INC., *Appellant,* v. INSURANCE
COMPANY OF NORTH AMERICA, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 86–2–08879–8, Robert H. Peterson, J., entered
February 25, 1987. *Affirmed* by unpublished opinion per
Reed, J., concurred in by Alexander, C.J., and Worswick, J.